IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO.: MDL 875

THIS DOCUMENT RELATES TO:

SEE EXHIBIT A (ATTACHED CASE LIST)

---

**ERICSSON INC.'S MOTION FOR DISMISSAL BASED ON PLAINTIFFS'
ADMINISTRATIVE ORDER NO. 12 SUBMISSIONS**

---

COMES NOW Ericsson Inc. (hereinafter, "Ericsson), Defendant in the above-
captioned cases, and files this Motion for Dismissal Based on Plaintiffs' Administrative
Order No. 12 Submissions, respectfully showing the Court as follows:

1.      Administrative Order No. 12 requires, among other things, that "[t]he plaintiff
        in each case shall identify all of the named defendants in the following
        manner: (a) Each defendant with whom the plaintiff has achieved resolution
        of his/her claim, whether by settlement or agreement to dismiss without
        payment or by payment of a claim through the bankruptcy court, shall be
        identified and, where a dismissal has not yet been entered of record, a
        proposed order shall be submitted." (Amended Administrative Order No. 12, ¶
        3, attached hereto as Exhibit "B").

2.      In each of the Administrative Order No. 12 submissions pertaining to the
        plaintiffs listed on Exhibit A (with the exception of plaintiff Harold Brant),
        the plaintiffs have identified ERICSSON, ERICSSON INC., and/or
        ANACONDA (Ericsson's predecessor) as being RESOLVED.  (*See*
        Administrative Order No. 12 Submissions, attached hereto as Exhibit "C").

3.      As for plaintiff Harold Brant, the plaintiff has not provided any Administrative Order No. 12 submissions.  However, in 2004, an Order for Dismissal in certain Cascino Vaughan "non malignant and non-impaired asbestos action[s]" was entered.  This Order for Dismissal included the Harold Brant matter, Case No. 2:00CV498JM.  Ericsson now respectfully requests that the *Harold Brant* case be removed from the CVLO-2 group of cases, as it was dismissed by the plaintiffs in 2004.  (*See* Order of Dismissal, attached hereto as Exhibit "D').

4.      Despite their listing Ericsson as a resolved defendant in the Administrative Order No. 12 submissions for the plaintiffs on the attached Exhibit A, the plaintiffs did not submit any proposed orders for dismissal of Ericsson, as required by Paragraph 3(a) of Administrative Order No. 12.  Ericsson now submits proposed orders for the dismissal of Ericsson from the cases that are listed on the attached Exhibit A.  (*See* Proposed Orders of Dismissal, attached hereto as Exhibit "E").


WHEREFORE, for the foregoing reasons, Ericsson respectfully requests that this Court enter an Order of Dismissal, dismissing the claims of each plaintiff listed on the attached Exhibit A.

This 26th day of August, 2011.

4000 SunTrust Plaza                          HAWKINS & PARNELL, LLP
303 Peachtree Street, NE
Atlanta, GA 30308-3243
T: 404/614-7400
F: 404/614-7500                              Ollie M. Harton
                                             Pennsylvania Bar No. 58268
                                             Counsel for Ericsson Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | |
| | ) | **MDL   DOCKET   NO.:** |
| MDL-875. | | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| SEE EXHIBIT A (ATTACHED CASE LIST) | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **ERICSSON INC.'S**

**MOTION FOR DISMISSAL BASED ON PLAINTIFFS' ADMINISTRATIVE**

**ORDER NO. 12 SUBMISSIONS**  with the Clerk of the Court for the United States

District Court for the Eastern District of Pennsylvania by using the CM/ECF system.  I

certify that all participants in the case are registered CM/ECF users and that service will

be accomplished by the CM/ECF system.


This 26th  day of August, 2011.


4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
T: 404/614-7400
F: 404/614-7500

**HAWKINS PARNELL THACKSTON &
YOUNG LLP**

Ollie M. Harton
Pennsylvania Bar No. 58268
Counsel for Ericsson Inc

EXHIBIT "A"

| Last Name | First Name | Filing State | Filing District | Local Case # | PA-ED Case # |
|-----------|-----------|--------------|-----------------|--------------|--------------|
| Brant | Harold | IN | NORTHERN | 00-0498 | 10-CV-67723 |
| De Witt | Elsie | IL | NORTHERN | 01-1968 | 08-CV-90189 |
| Deloach | Thomas | IL | NORTHERN | 00-5175 | 08-CV-90144 |
| Gaddy | Clifford | IL | NORTHERN | 00-2201 | 08-CV-90081 |
| Green | Ella | IL | NORTHERN | 00-4167 | 08-CV-90129 |
| Hester | Billie | IL | NORTHERN | 00-2117 | 08-CV-90072 |
| Hollins | Willie | IL | NORTHERN | 01-2006 | 08-CV-90201 |
| Johnson | James | IL | NORTHERN | 00-8175 | 08-CV-90156 |
| Miller | Albert | IL | NORTHERN | 00-02154 | 08-CV-90074 |
| Moore | James | IL | NORTHERN | 00-2039 | 08-CV-90069 |
| Roberson | Freddie | IL | NORTHERN | 00-2198 | 08-CV-90080 |

EXHIBIT "B"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: ASBESTOS PRODUCTS** | ) | |
| **LIABILITY LITIGATION (No. VI)** | ) | |
| | ) | **MDL   DOCKET   NO.:** |
| **MDL-875.** | | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **SEE EXHIBIT A (ATTACHED CASE LIST)** | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING ERICSSON INC.'S MOTION FOR DISMISSAL BASED ON
PLAINTIFFS' ADMINISTRATIVE ORDER NO. 12 SUBMISSIONS**

This matter coming to be heard on Ericsson Inc.'s Motion for Dismissal Based on

Plaintiff's Administrative Order No. 12 Submissions, IT IS HEREBY ORDERED that

Ericsson Inc.'s Motion for Dismissal Based on Plaintiffs' Administrative Order No. 12

Submissions is GRANTED in the cases listed in the attached Exhibit "A".


Date: _____          _____

                                 Honorable David R. Strawbridge

# EXHIBIT "A"

| Last Name | First Name | Filing State | Filing District | Local Case # | PA-ED Case # |
|---|---|---|---|---|---|
| Brant | Harold | IN | NORTHERN | 00-0498 | 10-CV-67723 |
| De Witt | Elsie | IL | NORTHERN | 01-1968 | 08-CV-90189 |
| Deloach | Thomas | IL | NORTHERN | 00-5175 | 08-CV-90144 |
| Gaddy | Clifford | IL | NORTHERN | 00-2201 | 08-CV-90081 |
| Green | Ella | IL | NORTHERN | 00-4167 | 08-CV-90129 |
| Hester | Billie | IL | NORTHERN | 00-2117 | 08-CV-90072 |
| Hollins | Willie | IL | NORTHERN | 01-2006 | 08-CV-90201 |
| Johnson | James | IL | NORTHERN | 00-8175 | 08-CV-90156 |
| Miller | Albert | IL | NORTHERN | 00-02154 | 08-CV-90074 |
| Moore | James | IL | NORTHERN | 00-2039 | 08-CV-90069 |
| Roberson | Freddie | IL | NORTHERN | 00-2198 | 08-CV-90080 |