IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS           :   Consolidated Under
LIABILITY LITIGATION (No. VI)     :   MDL DOCKET NO. 875
                                   :
VARIOUS PLAINTIFFS                 :
                                   :
       v.                          :
                                   :   Cases listed on Exhibit "A,"
VARIOUS DEFENDANTS                 :   attached

FILED
OCT 26 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this **26th** day of **October, 2011**, it is hereby **ORDERED** that Motions to Dismiss listed in Exhibit "A," attached, are **GRANTED** as unopposed.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

EXHIBIT "A"

Cases referred to Judge Strawbridge

| Case Number | Caption | Document Number |
|---|---|---|
| 08-89373 | Palsgrove v. Anchor Packing Company, The et al | 10 |
| 08-89432 | Ebert v. ACandS Inc et al | 11 |
| 08-89441 | Pittman v. AC&S Inc et al | 10 |
| 08-89460 | Reinoehl v. AC&S Inc et al | 15 |
| 08-89460 | Reinoehl v. AC&S Inc et al | 16 |
| 08-89474 | Hoskins v. AC&S Inc et al | 16 |
| 08-89497 | Marcogliese v. AC&S Inc et al | 12 |
| 08-89969 | Czajkoski v. A. C. and S. Inc et al | 14 |
| 08-90065 | Klimek v. AC&S Inc et al | 19 |
| 08-90069 | Moore v. A.C. and S., Inc. et al | 16 |
| 08-90072 | Hester v. A.C. and S., Inc. et al | 15 |
| 08-90074 | Miller v. AC&S Inc et al | 15 |
| 08-90075 | Moffett v. A.C. and S., Inc. et al | 15 |
| 08-90080 | Roberson v. A.C. and S., Inc. et al | 15 |
| 08-90080 | Roberson v. A.C. and S., Inc. et al | 16 |
| 08-90081 | Gaddy v. AC&S Inc. et al | 16 |
| 08-90084 | Nall v. A.C. and S., Inc. et al | 14 |
| 08-90129 | Green v. A C and S, Inc. et al | 17 |
| 08-90144 | Deloach v. A. C. and S., Inc. et al | 15 |
| 08-90156 | Johnson v. AC&S Inc et al | 15 |
| 08-90156 | Johnson v. AC&S Inc et al | 16 |
| 08-90170 | Travis v. A. C. and S., Inc. et al | 14 |
| 08-90171 | Bingham-Draine v. A. C. and S., Inc. et al | 15 |
| 08-90189 | Surges et al v. A. C. and S., Inc. et al | 16 |
| 08-90198 | Siefert v. A. C. and S., Inc. et al | 14 |
| 08-90199 | Wright v. A. C. and S., Inc. et al | 14 |
| 08-90201 | Hollins v. A.C. and S. Inc. et al | 24 |
| 08-90208 | Hamerla v. A.C. and S., Inc. et al | 14 |
| 08-90221 | Patrick v. AC&S Inc et al | 12 |

| | | |
|---|---|---|
| 08-90234 | Ferguson v. A.C. and S., Inc. et al | 11 |
| 08-90276 | Smith v. A W Chesterton Company et al | 10 |
| 08-90342 | Cahvez v. A C & S Inc. et al | 15 |
| 08-90938 | Anuszkiewica v. AC and S Inc et al | 11 |
| 08-91282 | Williams v. Ac and S Inc et al | 14 |
| 08-91314 | Scott et al v. Ac and S Inc et al | 13 |
| 08-91588 | Williams v. Anchor Packing Company et al | 11 |
| 08-91650 | Aberle v. Anchor Packing Company et al | 10 |
| 08-91666 | Nelms et al v. Anaconda Company et al | 12 |
| 08-91671 | Frabroni et al v. Anaconda Company et al | 11 |
| 08-91671 | Frabroni et al v. Anaconda Company et al | 12 |
| 08-91674 | Hart et al v. Anchor Packing Company et al | 10 |
| 08-91757 | Jennings v. ACandS Inc et al | 10 |
| 08-91758 | Meischner v. ACandS Inc et al | 10 |
| 08-91763 | Knapp v. ACandS, Inc. et al | 10 |
| 08-91858 | Jindresek v. AC and S Inc et al | 14 |
| 08-91862 | Hyland v. A C & S Inc et al | 15 |
| 08-91885 | Powell v. ACandS Inc. et al | 10 |
| 08-91887 | Kittleson v. ACandS Inc. et al | 10 |
| 08-91940 | Cripe v. A C & S Inc et al | 13 |
| 08-91942 | Sperber, Sr v. A C & S Inc et al | 13 |
| 08-91954 | Brownlee v. A C & S Inc et al | 12 |
| 08-91955 | Matheney v. A W Chesterton Co et al | 26 |
| 08-92064 | Deaville v. ACandS Inc et al | 13 |
| 08-92119 | Bubois v. A C & S Inc et al | 11 |
| 08-92134 | Garecht v. A C and S Inc et al | 13 |
| 08-92135 | Hulmes v. A C and S Inc et al | 24 |
| 08-92143 | Rasner v. A C & S Inc. et al | 11 |
| 08-92145 | Gabbard v. A C & S Inc. et al | 11 |
| 08-92145 | Gabbard v. A C & S Inc. et al | 12 |
| 08-92152 | Morr v. A C & S Inc et al | 14 |

| | | |
|---|---|---|
| 08-92154 | Holden v. A C & S Inc et al | 11 |
| 08-92171 | Seifert v. A C & S Inc et al | 10 |
| 08-92180 | Hess v. A C & S Inc et al | 12 |
| 08-92181 | Hamann v. A C & S Inc et al | 12 |
| 08-92187 | Alsene v. A C & S Inc et al | 12 |
| 08-92192 | Meischner v. A C & S Inc et al | 10 |
| 08-92201 | Davis v. AC & S et al | 14 |
| 08-92205 | Schuck v. A C & S Inc et al | 12 |
| 08-92205 | Schuck v. A C & S Inc et al | 13 |
| 08-92236 | Darling et al v. Anchor Packing Company et al | 12 |
| 08-92314 | Dual v. A P Green Industries et al | 13 |
| 09-60939 | Engelman v. ACandS, Inc. et al | 21 |
| 09-62583 | Woods v. CBS Corp., et al. | 12 |
| 09-64584 | Dossey v. Consolidated Rail Corporation et al | 13 |
| 09-64755 | Cohen v. A C and S Inc et al | 9 |
| 09-90821 | Sweet v. A. W. Chesterton Company, et al. | 9 |
| 10-64557 | Hill v. AC&S Inc et al | 11 |
| 10-64570 | Wesley v. AC&S Inc et al | 12 |
| 10-67444 | Gehrke v. Alcoa Inc. et al | 22 |
| 10-67678 | Craven v. AC and S Inc et al | 14 |
| 10-67678 | Craven v. AC and S Inc et al | 15 |
| 10-67723 | Brant v. Ac and S Inc et al | 16 |
| 10-68059 | Boyd v. CBS Corp et al | 114 |
| 10-68059 | Boyd v. CBS Corp et al | 155 |
| 10-68071 | Workman v. Dresser Industries Inc et al | 12 |
| 10-68074 | Buchanan v. ACandS Inc et al | 11 |
| 10-68096 | Horn et al v. A W Chesterton Co et al | 11 |
| 10-68129 | Lower v. ACandS Inc, et al | 10 |
| 10-68131 | La Hood v. A C & S Inc et al | 12 |
| 10-69375 | Iorlano v. General Elec Co et al | 58 |
| 10-69376 | Cavanagh v. General Elec Company et al | 53 |
| 10-69376 | Cavanagh v. General Elec Company et al | 55 |
| 10-69376 | Cavanagh v. General Elec Company et al | 72 |
| 10-69377 | Iturrino v. General Elec Co et al | 51 |
| 10-69377 | Iturrino v. General Elec Co et al | 53 |
| 10-83247 | Burkee v. Degussa-Ney Dental Inc et al | 8 |
| 11-60070 | Freeman et al v. Amf Incorporated et al | 39 |

| | | |
|---|---|---|
| 11-60070 | Freeman et al v. Amf Incorporated et al | 42 |
| 11-60070 | Freeman et al v. Amf Incorporated et al | 50 |
| 11-62432 | Grills et al v. Johns Manville Sales Corp. et al | 7 |
| 11-62442 | Bauer et al V Johns-Manville Corporation et al | 7 |
| 11-62492 | Serra et al v. Johns-Manville Corporation et al | 7 |
| 11-62499 | Smith et al v. Johns-Manville Sales Corp. et al | 7 |
| 11-62509 | Coyne et al v. Johns-Manville Corporation et al | 7 |
| 11-62529 | Hall et al v. Eastern Refractories Co., Inc. | 7 |
| 11-62592 | Saraka et al v. Owens-Corning Fiberglas Corp. et al | 7 |
| 11-62609 | Plante v. Eastern Refractories Co., Inc. et al | 7 |
| 11-62692 | Rowe v. Owens Corning Fiberglass Corp. et al | 7 |
| 11-62722 | Keeney et al v. Owens-Corning Fiberglas Corporation et al | 7 |
| 11-62799 | Krotsis v. Owens-Corning Fiberglas Corporation et al | 8 |
| 11-62912 | Minnie et al v. Owens-Corning Fiberglass Corporation et al | 7 |
| 11-63092 | Calverley v. Owens-Corning Fiberglas Corporation et al | 7 |
| 11-63242 | Frates v. Owens-Corning Fiberglass Corp et al | 7 |

Cases referred to Judge Angell

| | | |
|---|---|---|
| 06-60871 | Pogue v. American Standard, Inc. et al | 14 |
| 07-66265 | Everett v. A.C. and S. Inc. (Armstrong Contracting & Supply) et al | 76 |
| 07-66339 | Cartwright et al v. A.C. and S. Inc. (Armstrong Contracting & Supply) et al | 62 |
| 07-67078 | Traft v. A.W. Chesterton Company et al | 71 |
| 07-67128 | Mccormick v. A.W. Chesterton Company et al | 75 |
| 09-60083 | Mitchum v. Owens-Illinois Inc. et al | 25 |
| 09-62668 | Zamora v. American Standard, Inc. et al | 9 |
| 09-84498 | Vitale v. A.C. and S., Inc, (Armstrong Contracting & Supply) et al | 59 |
| 10-69379 | Floyd et al v. Air & Liquid Systems Corporation et al | 241 |
| 11-66702 | Morgan et al v. H. K. Porter Company, Inc. et al | 5 |
| 11-66712 | Mccauley v. The Celotex Corporation et al | 5 |

| Case Number | Caption | Document Number |
|---|---|---|
| 11-66731 | Stinnette et al v. Raymark Industries, Inc. | 5 |
| 11-66736 | Clarke et al v. Armstrong Cork Company et al | 5 |
| 11-67158 | Custalow et al v. Owens-Corning Fiberglas Corporation et al | 5 |
| 11-67159 | Owens et al v. Owens-Corning Fiberglas Corporation et al | 5 |
| 11-67159 | Owens et al v. Owens-Corning Fiberglas Corporation et al | 6 |
| 11-67181 | Kennedy et al v. The Celotex Corporation et al | 5 |
| 11-67182 | Wilkins et al v. H. K. Porter Company, Inc. et al | 5 |
| 11-67189 | Mosher et al v. Inc. Raymark Industries | 5 |
| 11-67190 | Sheppard et al v. Raymark Industries | 5 |
| 11-67191 | Maddox et al v. Inc. Raymark Industries | 5 |
| 11-67192 | Akers et al v. Celotex Corporation et al | 5 |
| 11-67193 | Matthews et al v. Owens-Corning Fiberglass Corporation et al | 5 |
| 11-67194 | Volhein v. Owens-Illinois Glass Co. et al | 5 |
| 11-67195 | Massengill et al v. Unarco Industries, Inc. | 5 |
| 11-67262 | Thompson et al v. Raymark Industries et al | 5 |

Cases referred to Judge Hey

| Case Number | Caption | Document Number |
|---|---|---|
| 09-62600 | Shue v. Aqua-Chem, Inc. d/b/a Cleaver-Brooks Division, et al. | 15 |
| 09-65591 | Sisk, et al. v. Aqua-Chem, Inc., et al. | 18 |
| 10-84912 | Manning et al v. Air & Liquid Systems Corporation et al | 87 |

**MAILED:**

| | | |
|---|---|---|
| ALECIA COTTON | HAROLD LAWLOR | MAUREEN COLEMAN |
| ALFRED SWANSON | HENRY IDE | MAUREEN KELLY |
| AMBER ACHILLES | J. WOOD | MAUREEN MUNRO |
| ANDREW CROSS | JACK BLOCK | MELISSA SKILKEN |
| ANDREW KOLB | JAMES ACKERMAN | MEREDITH RINGLER |
| ANDREW WOLF | JAMES BOLEN | MICHAEL ARMITAGE |
| ANNE STINNEFORD | JAMES CARTER | MICHAEL GLACKIN |
| BARBARA ARISON | JAMES EARLY | MICHAEL HENNIG |
| BART SULLIVAN | JAMES FIEWEGER | MICHAEL KAEDING |
| BEAU SEFTON | JAMES HAFELE | MICHAEL KOKAL |
| BENJAMIN BASSETT | JAMES MOHER | MICHAEL O'ROURKE |
| BEVERLY GARNER | JAMES POMERANZ | MICHAEL POWELL |
| BILLEE LIGHTVOET | JAMES PRESSLY | MICHAEL RAMIREZ |
| BOBBIE BAILEY | JAMES SNYDER | MURRAY ABOWITZ |
| BRENDAN TUOHY | JAMES THOMPSON | NICOLE BEHNEN |
| BRENT ROSENTHAL | JAMES TOOHEY | P. CREBS |
| BRIAN EBENER | JAMES WHEELER | PATRICIA MCCARTHY |
| BRIAN FIELDS | JAN DODD | PATRICK FLAHERTY |
| BRIAN PLEGGE | JEAN D'OVIDIO | PATRICK REILLY |
| BRIAN TARNOW | JEFFERY MATTHEWS | PETER CARLSON |
| BRUCE MARR | JEFFREY MCKEAN | PETER TOMARAS |
| C. DUCEY | JEFFREY REEL | R. DANAHER |
| CARL PIERCE | JENNIFER JOHNSON | RAYMOND GEOFFREY |
| CAROL TATE | JENNIFER JOHNSTON | RICHARD CHAPIN |
| CHARLES DARGO | JENNIFER SEIDLER | RICHARD DARKE |
| CHARLES SCHIERER | JERROD BARENBAUM | RICHARD MIDDLETON |
| CHRISTOPHER DELY | JERRY HEARN | RICHARD MURCH |
| CHRISTOPHER RAISTRICK | JOEL POOLE | RICHARD RETTBERG |
| CHUNG-HAN LEE | JOEL ROTTNER | RICHARD STEINKEN |
| CLARKE GILLESPIE | JOEL SLAWOTSKY | ROBERT DANAHER |
| CORNELIUS DUCEY | JOHN CAMPBELL | ROBERT GORDON |
| CRAIG LILJESTRAN | JOHN CHILDERS | ROBERT HALEY |
| CYNTHIA ANTONUCCI | JOHN DAMES | ROBERT MONSTREAM |
| D. GLOOR | JOHN DIXON | ROBERT MONTSTREAM |
| DANIEL CHEELY | JOHN FITZGERALD | ROBERT O'MALLEY |
| DANIEL FARROLL | JOHN HELLER | ROBERT SANDS |
| DANIEL OVERBEY | JOHN NOLAN | ROBERT SHUFTAN |
| DAVID BARTEL | JOHN O'SULLIVAN | ROSEANNE LOFTUS |
| DAVID MUELLER | JOSEPH BROWN | RUSSELL BUDD |
| DAVID ROLF | JOSEPH LAMPO | RUSSELL HOOVER |
| DAVID SCOUTON | JOSEPH O'HARA | SEAN MACK |
| DEAN PANOS | JOSEPH SHANNON | SHARON NEIBERG |
| DEBORAH SOLMOR | JOSEPH STALMACK | STEPHANIE SCHARF |
| DEMARCUS GORDON | JOSEPH WILSON | STEPHEN CARLSON |
| DENNIS DOBBELS | JOSHUA MURPHY | STEPHEN HUDGINS |
| DENNIS GRABER | JUSTIN GRAVATT | STEPHEN KAUFMANN |
| DEREK SMITH | K. CAREY | STEPHEN MAASSEN |
| DEVLIN SCHOOP | KAREN RHEINGANS | STEVEN POUNIAN |
| DIEDRE DUNN | KATHERINE CALLAHAN | STEVEN SANDERS |
| DIONNE HAYES | KELLY MCCLOSKEY | SUSAN COMIER |
| DONALD WARD | KENNETH GORENBERG | SUSAN GUNTY |
| DREW BURFORD | KEVIN REID | SUZANNE HALBARDIER |
| EDWARD HARNEY | KRISTANN PITASKUL | THOMAS EHRHARDT |
| EDWARD HUGO | KRISTIN ACHTERHOF | THOMAS GONZALES |
| EDWARD KENNEY | KRISTINA LEMANSKI | THOMAS HAGARTY |
| EDWARD MACCABE | KRISTINE KRAFT | THOMAS KIEPURA |
| ERNEST MATTEI | KURTIS REEG | THOMAS ORRIS |
| FRANCIS MORRISSEY | LAUREL HALBANY | THOMAS WILSON |
| FRANCIS POND | LOIS FRANKFORTE | WESLEY HORTON |
| FRANK ORTIZ | MARK JOHNSON | WILLIAM JOHNSON |
| G. HEATH | MARK RAKOCZY | WILLIAM MAHONEY |
| GARY SMITH | MARY ANN HATCH | WILLIAM PROUT |
| GERI WILLIAMS | MARY HATCH | ZANE LUCAS |
| GREGORY GOLDBERG | MATTHEW GARRETT | ZENAIDA FALCON |

**E-MAILED:**

| | | |
|---|---|---|
| ADAM LAGOCKI | JAMES KASPER | MICHELE BARNES |
| ADAM MARTIN | JAMES KENNEDY | MOFFATT MCDONALD |
| ALBERT POOLE | JAMES MORRISON | MONA WALLACE |
| ALEX TORIBIO | JAMES NEWSOM | MONICA MROZ |
| ALYSON WALKER | JAMES NIQUET | NEAL MCQUEENEY |
| ALYSSA REBENSDORF | JAMES OSWALD | OLLIE HARTON |
| AMIEL GROSS | JAMES SCADDEN | PAMELA STEVENS |
| AMITY ARSCOTT | JAMIE MAGNANI | PATRICIA EBERWINE |
| AMY KIMMEL | JAN SIMONSEN | PATRICIA TURNER |
| AMY TALARICO | JASON DAVIS | PATRICK CLIFFORD |
| ANDREW DETHERAGE | JASON HENDERSON | PATRICK FINNEGAN |
| ANNA DILONARDO | JASON KENNEDY | PATRICK GLINKA |
| ARLENE BARTON | JEFFREY HEBRANK | PATRICK HAGGERTY |
| ARPI GALFAYAN | JEFFREY POLLACK | PATRICK LAMB |
| ARTHUR ALMQUIST | JEFFREY SANDLER | PATRICK STUFFLEBEA |
| ARTHUR BROMBERG | JEFFREY THAYER | PAUL HENDERSON |
| AUDRA DEAN | JENNIFER STUDEBAKER | PAUL O'FLAHERTY |
| BARBARA BARRON | JENNIFER TECHMAN | PETER KRAUS |
| BARRY LOFTUS | JOHN BABIONE | PETER LYNCH |
| BASIL DISIPIO | JOHN BOGDANSKI | PETER MARKS |
| BENJAMIN HULSE | JOHN CONLEY | PETER RUBIN |
| BETH OLDMIXON | JOHN DUFFEY | PETER SANTOS |
| BRENNA NEWMAN | JOHN FISHWICK | PETER TAMBINI |
| BRUCE BISHOP | JOHN FONSTAD | PETER VENETIS |
| BRUCE CLARK | JOHN GARDNER | PHILIP O'ROURKE |
| BRUCE LYON | JOHN JANOFSKY | PHILIP STULL |
| BRYAN SKELTON | JOHN KUROWSKI | RAGHU BANDLAMUDI |
| BRYNA MISIURA | JOHN LAFFEY | RAYMOND FOURNIE |
| C. DOUGLAS | JOHN MCMEEKIN | RAYMOND MODESITT |
| C. EVERT | JOHN RICHMOND | REED SLATAS |
| C. ZESZUTEK | JOHN ROONEY | REED SUGG |
| CARL SCHWERTZ | JOHN SEEBOHM | RICHARD AMES |
| CAROL TEMPESTA | JOHN TURLIK | RICHARD DIGHELLO |
| CAROL ZUCKERMAN | JOHN VITSAS | RICHARD GLASSER |
| CARTER LAMBETH | JOHN WALLACE | RICHARD LAUTH |
| CATHERINE MOHAN | JONATHAN KROMBERG | RICHARD O'LEARY |
| CATHERINE RAYMOND | JONATHAN MATTINGLY | RICHARD OTTINGER |
| CHARLES BISHOP | JONATHAN TABASKY | RICHARD RADCLIFFE |
| CHARLES JOLEY | JOSEPH DUFFY | RICHARD RIEGNER |
| CHARLES PARK | JOSEPH KRASOVEC | RICHARD RUBENSTEIN |
| CHARLES SHELDON | JOSEPH REJANO | ROBERT ADAMS |
| CHARLES SPRINKLE | JOSEPH SULLIVAN | ROBERT BYSTROWSKI |
| CHRISTINE HUNTOON | JOSHUA AUXIER | ROBERT GILMARTIN |
| CHRISTOPHER LARSON | JOYCE WOOD | ROBERT HATTEN |
| CHRISTOPHER LEE | JULIE CELUM | ROBERT HOOD |
| CLARE MAISANO | JULIE EVANS | ROBERT LUDLUM |
| CLAY WHITE | JULIE TORRES | ROBERT MCCOY |
| CONNIE POSTELLI | KAREN CARR | ROBERT MERIWETHER |
| COREY GORDON | KATHERINE GARDINER | ROBERT NELDER |
| CORI STEINMANN | KAY BROWN | ROBERT O'DONNELL |
| CRAIG BLAU | KAYCE GISINGER | ROBERT RILEY |
| CURTIS BAILEY | KEITH COLTRAIN | ROBERT ROLFE |
| DABNEY CARR | KENNETH KYRE | ROBERT SCHMIEDER |
| DAN LABELLE | KENNETH NUSSBAUMER | ROBERT SCHROEDER |
| DANIEL DONAHUE | KENT PLOTNER | ROBERT SPINELLI |
| DANIEL MCGRATH | KEVIN CHIGNELL | ROBERT SPITKOVSKY |
| DANIEL MULHOLLAND | KEVIN JAMISON | ROBERT WILKINSON |
| DANIEL O'CONNELL | KEVIN KNIGHT | ROBERT WILLMORE |
| DANIEL TRACHTMAN | KEVIN MCCAFFREY | ROGER HEIDENREIC |
| DANIEL WHITE | KHALAF KHALAF | RONALD AUSTIN |
| DARRYL ATKINSON | KIMBERLY SARFF | RONALD HACK |
| DAVID BRICKER | KIP HARBISON | ROSARIO CHETTA |

**E-MAILED(con't):**

| | | |
|---|---|---|
| DAVID DAMICO | KIRK HARTLEY | ROY BLACKWELL |
| DAVID FANNING | KNIGHT ANDERSON | RUSSELL SCOTT |
| DAVID SCHAFFER | KURT REITZ | SANDRA CLARK |
| DAVID SETTER | KYLA COLE | SANDRA STEINMAN |
| DAVID YBARRA | KYLE MANSFIELD | SARAH THOMAS PAG |
| DEMETRA CHRISTOS | LARRY COTTEN | SCOTT FRICK |
| DEMETRIOS ZACHAROPOU | LAURA FRASE | SEAN HIGGINS |
| DENNIS CANTRELL | LAURA KUGLER | SHARON CAFFREY |
| DENNIS CONRAD | LEONARD FULLER | SHARON SOLINSKY |
| DEREK JOHNSON | LESLEY SHERMETA | SHAWNETTE FLUITT |
| DIANE POMPEI | LISA BUSCH | STEPHEN EMBRY |
| DONALD FAY | LISA DILLMAN | STEPHEN JACKSON |
| DONALD PATTEN | LISA OBERG | STEPHEN WILLIAMSON |
| DOUGLAS KING | LISA PASCARELLA | STEVEN WRIGHT |
| DOUGLAS PROCHNOW | LISA RAUCH | SUSAN HUEBER |
| DUNCAN LEMMON | LONNA CARTER | SUSAN MEHRINGER |
| DWIGHT KERN | MAJA EATON | T. HADLEY |
| EDWARD CASMERE | MARC GAFFREY | TALENE MEGERIAN |
| EDWARD CRANE | MARGARET FOSTER | THEODORE CORDERY |
| EDWARD LUBARSKY | MARIA KAROS | THEODORE MCCULLOUGH |
| EDWARD MCCAMBRIDG | MARK CLAFLIN | THOMAS CLARK |
| EDWARD MOODY | MARK EISLER | THOMAS GONZALEZ |
| EDWARD STORCK | MARK LIONETTI | THOMAS KERNELL |
| EDWARD STUKES | MARK THOMAS | THOMAS MAXWELL |
| ERIC COTTLE | MARK TIVIN | THOMAS MOSES |
| ERIK JACOBS | MARK WALL | THOMAS TARDY |
| FREDERICK TEDFORD | MATTHEW BERKOWITZ | TIMOTHY BOUCH |
| FREDRIC GOODMAN | MATTHEW FISCHER | TIMOTHY KAPSHANDY |
| G. BRUCH | MATTHEW JARDINE | TIMOTHY KRIPPNER |
| GARY CASIMIR | MATTHEW MACINTYRE | TIMOTHY PECK |
| GARY SMITH | MATTHEW SHAFNER | TOBIN TAYLOR |
| GEOFFREY SQUITIERO | MATTHEW STRAUS | TORI LEVINE |
| GEORGE BOBNAK | MATTHEW ZAMALOFF | TRACEY MCDEVITT H |
| GERMAINE WILLETT | MAURICE FRANCIS MULLINS | TRACY COWAN |
| GIOVANNI REGINA | MELICENT THOMPSON | TRACY TOMLIN |
| GLEN POWELL | MELISSA RILEY | TRINA CLAYTON |
| GRACE DE MARIO | MICHAEL BERGIN | V. BEVON |
| GREGORY COCHRAN | MICHAEL BOLAND | W. GUNTER |
| HATCHER KINCHELOE | MICHAEL BUCCI | W. SIPES |
| HEATHER NEUBAUER | MICHAEL CASCINO | WALTER WATKINS |
| HENRY ROME | MICHAEL CURTIS | WILLARD MOODY |
| HENRY WARE | MICHAEL DRUMKE | WILLIAM BRADLEY |
| HILLARY HUTH | MICHAEL FALK | WILLIAM CONNER |
| HOWARD MORRIS | MICHAEL KARATOV | WILLIAM GRAHAM |
| JACQUELINE BADDERS | MICHAEL PIETRYKOWS | WILLIAM HARVARD |
| JAMES BOYERS | MICHAEL SIMONS | WILLIAM MURRAY |
| JAMES CUNNINGHAM | MICHAEL TANENBAUM | WILLIAM SHULTZ |
| JAMES DEDMAN | MICHAEL TRUCCO | WILLIAM SMITH |
| JAMES GANDY | MICHAEL WALLER | WILLIAM STARR |
| JAMES GEMPELER | MICHAEL ZUKOWSKI | WILLIS TRIBLER |